# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**CRAIG THOMAS MURNION,**<br><br>**Defendant.** | CR 18-93-BLG-DLC<br><br><br><br>**WRIT OF HABEAS CORPUS** (For Prosecution) |

To: Rod Ostermiller, United States Marshal, District of Montana and Mike Linder, Sheriff of Yellowstone County

YOU ARE HEREBY COMMANDED to bring Craig Thomas Murnion, who is presently in your custody at the Yellowstone County Detention Facility in Billings, MT, before the Honorable Timothy J. Cavan, United States Magistrate Judge of the United States District Court for the State and District of Montana, at the courtroom of the United States Magistrate Court, Billings, Montana at 9:00 a.m. on November 13, 2018, for such purposes as the court may determine, and

1

upon conclusion of all proceedings, Craig Thomas Murnion shall be returned to the custody of the Sheriff of Yellowstone County.

WITNESS the Honorable Timothy J. Cavan

United States Magistrate Judge at Billings, Montana this

\_\_\_\_\_ day of _____, 2018.

Tyler P. Gilman, Clerk

_____

Clerk

_____

Deputy Clerk