IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–93–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CRAIG THOMAS MURNION, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 29). The United States advises the Court that forfeiture in this case has been completed administratively. Accordingly,

IT IS ORDERED that the United States' Motion (Doc. 29) is GRANTED and the forfeiture action in this case is DISMISSED WITH PREJUDICE.

DATED this 25th day of April, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-